ED TOLMAS
Attorney At Law
523 West 6th Street, Suite 625
Los Angeles, California 90014-1211
(213) 624-4001

Attorney for Defendant
OGANESS BABELYAN

**FILED**

SEP 21 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: S04-414 EJG |
| Plaintiff,, ) | |
| ) | STIPULATION TO CONTINUANCE SENTENCING |
| Vs. ) | |
| ) | & Order |
| OGANESS BABELYAN, ) | |
| Defendant. ) | C/EJG |

Defendant OGANESS BABELYAN, ("defendant"), by and through his counsel of record, EDWIN TOLMAS, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney DANIEL LINDHARDT, and hereby stipulate as follows:

1. An information alleging that defendant illegally submitted false billing in Medicare maters in violation of 18 U.S.C.                     was filed on
                                                        On July 15, 2005, defendant

-1-

STIPULATION TO CONTINUANCE SENTENCING

1  The defendant pleaded guilty to the information, pursuant to a written plea agreement. At the change of plea, the court set defendant's sentencing for September 23rd 2005 at 10:00 A.M.

2. Both parties believe a continuance would be helpful in preparation for sentencing, and defendant believes additional time prior to the hearing may result in an overall sentencing benefit to defendant. Specifically, defendant has agreed to assist the government by discussing his liability in the matter assist. Therefore, the parties believe it would be beneficial to move defendant's sentencing date so that briefing to the court on defendant's cooperation may be prepared.

3. Therefore, the parties make a first request for a continuance of the sentencing in this matter. The parties propose October 14, 2005 at 10:00 a.m. as the new sentencing date.

IT IS SO STIPULATED.                Respectfully Submitted,


                                    McGREGOR SCOTT
                                    United States Attorney


Dated: September 20, 2005    /S/ DANIEL LINDHARDT
                                    BY INSTRUCTION & PERMISSION
                                    DANIEL LINDHARDT
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: September 20, 2005    [signature]
                                    EDWIN TOLMAS
                                    Attorney for Defendant
                                    OGANESS BABELYAN

-2-

STIPULATION TO CONTINUANCE SENTENCING

## ORDER

IT IS SO FOUND AND ORDERED this __20th__ day of September 2005.

_____
HORNORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION TO CONTINUANCE SENTENCING