ED TOLMAS    SBN 35726
Attorney at Law
523 West 6th Street
Suite 625
Los Angeles, California 90014
telephone: (213) 624-4001
facsimile: (213) 624-1923

FILED

NOV 18 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )   Case/docket No.  2:04CR00414-01
                           )
vs.                        )   JOINT REPORT AND STIPULATION RE:
                           )   CONTINUANCE OF DEFENDANT'S CUSTODIAL
OGANNES BABELYAN           )   SURRENDER DATE
                           )
                           )   Sentence date:    09/23/05
                           )   Surrender date:   10/18/05
                           )   Requested
                           )   continued
                           )   date         :    12/02/05 (2:00 p.m.)
                           )
                           )   HONORABLE EDWARD J. GARCIA,
                           )   Senior United States Judge,
                           )   Judge Presiding
                           )

   PURSUANT TO THE COURT'S ORDER of on or about September 23, 2005, plaintiff UNITED STATES OF AMERICA, by and through it's counsel of record, assistant UNITED STATES ATTORNEY DANIEL S. LINHARDT and defendant OGANNES BABELYAN, by and through his counsel of record, ED TOLMAS, hereby file a joint report regarding the case status, and stipulate as follows:

//

1. At the time defendant's sentencing the court inquired of defendant as to whether had a preference as regards a facility of incarceration. Defendant voiced no preference but has since investigated his options and now has a preference.

2. Generally, the Bureau of Prisions does not assign a defendant a registration number until a week-to-10 days prior to surrender, leaving little time to attempt placement and request to the custodial facility.

3. It was stated at the time of sentencing that the defendant has been medically diagnosed as a diabetic.

4. Deputy probation officer TERENCE SHEEBONDY has been made aware of defendant's request of continuance of surrender date and has stated he absolutely has no opposition to such continuance.

5. Assistant United States attorney DANIEL S. LINHARDT has been made award of said request and has no opposition to a continuance of a period of 2 weeks for defendant's custodial surrender.

6. The proposed continuance date is December 2, 2005 (a period of 2 weeks)

7. All other previous court orders regarding sentencing shall remain in full force and effect.

8. There have been no previous requests for a continuation of the custodial surrender of the defendant, and the parties hereto make this first request.

IT IS SO STIPULATED:

//

Received at: 2:56PM, 11/17/2005
11/17/2005  14:57  2136241523    BERGER, MICHELENA &    PAGE 04

Respectfully submitted,

Dated: November 17, 2005.

DANIEL S. LINHARDT By Permission
DANIEL S. LINHARDT
Assistant United States Attorney

Dated: November 17, 2005.

ED TOLMAS
Attorney for defendant
OGANNES BABELYAN

ORDER

BASED UPON THE FOREGOING, IT IS SO FOUND AND ORDERED THIS 18th day of November, 2005.

HONORABLE EDWARD J. GARCIA
(Senior) United States District Judge