1  ED TOLMAS   SBN 35726
   Attorney at Law
2  523 West 6th Street
   Suite 625
3  Los Angeles, California 90014
   (213) 624-4001
4



NOV 28 2005



CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case/Docket No. 2:04CR00414-01 |
|---|---|
| vs. | ) RECOMMENDATION OF COURT RE |
| OGANNES BABELYAN | ) PLACEMENT AND CUSTODIAL ) FACILITY FOR DEFENDANT |

TO THE FEDERAL BUREAU OF PRISONS, AND ALL OTHER INTERESTED PARTIES AND ENTITIES:

UPON APPLICATION OF THE DEFENDANT OGANNES BABELYAN, AND GOOD CAUSE APPEARING THEREFOR, it is hereby RECOMMENDED by the court that said defendant be placed at the TAFT CORRECTIONAL FACILITY.

The registration number of said defendant is <u>31142112</u>.

Said recommendation is based upon the court's inquiry of preferred facility at the time of defendant's sentencing which he was not able to address at that time but subsequently did.

Defendant has health problems, an intact family, supports an an elderly mother, and a minimal record (an infraction for disturbing the peace several years ago.) Other than this case he has no probation obligation.

1

The above factors were represented to the court by the defense at the time of sentencing.

Dated: 11/28/05 .

EDWARD J. GARCIA
SENIOR JUDGE
United States District Court

2